UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| LASER PROJECTION TECHNOLOGIES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Docket No. 12-cv-00427 |
| KYLE ITHAL, | ) ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT FOR PERMANENT INJUNCTION

In accordance with the Court's Report and Recommendation dated November 8, 2012, which has been adopted by the Court, the Court ORDERS:

1.      For a period of fifteen months running from the date of Defendant Kyle Ithal's ("Ithal") departure from Plaintiff Laser Projection Technologies, Inc. ("LPT"), that is through and including January 19, 2014, Ithal shall not induce or attempt to induce any person which was a customer of LPT or any of its subsidiaries, or which otherwise was a contracting party with LPT or any of its subsidiaries, as of the date of Ithal's departure from LPT, to terminate any written or oral agreement or understanding with LPT or any of its subsidiaries; and

2.      Ithal shall not, at any time, disclose any of LPT's trade secrets or confidential company information, which is defined to mean all information used by LPT and not generally known, whether or not marked "confidential."

3.      Ithal shall not otherwise violate the terms of the Non-Competition, Non-Disclosure, and Assignment of Inventions Agreement made as of October 1, 2007 between LPT and Ithal.

4.      This Order shall stay in effect unless and until its is modified by the Court upon application of one or both of the parties.

4816-7406-0817.2

       5.       The Court retains jurisdiction of this matter and over Ithal to ensure compliance with the terms of this Order.

       SO ORDERED, this <u>29</u> day of <u>January</u>, 2013

<u>/s/ Paul Barbadoro</u>
Barbadoro, J.
United States District Court
District of New Hampshire

cc:  Counsel of Record

4816-7406-0817.2